

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2019

No. 04-19-00316-CV

Sharron **BROWN,**
Appellant

v.

**PORTFOLIO RECOVERY ASSOCIATES LLC,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2018CV06932
Honorable Gloria Saldana, Judge Presiding

## O R D E R

On June 24, 2019, this court notified the trial court clerk that the clerk's record was late. The trial court clerk responded to our notice by stating that the clerk's record was not filed because the appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that the appellant was not entitled to appeal without paying the fee.

It is therefore **ORDERED** that the appellant provide written proof to this court **on or before July 19, 2019** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) the appellant is entitled to appeal without paying the clerk's fee. If the appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court